UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUDOLPH WHITE; ROBERT COX; KENLEY EXUME; LESLIE GOOD; COMMONWEALTH SECOND AMENDMENT, INC.; FIREARMS POLICY COALITION, INC. and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>-against-<br><br>MICHAEL COX, in his official capacity as police commissioner of the city of Boston,<br><br>Defendant. | Civil Action No. 1:23-cv-12031-IT<br><br>FRCP 7.1 STATEMENT FOR PLAINTIFF SECOND AMENDMENT FOUNDATION |

Plaintiff SECOND AMENDMENT FOUNDATION, by and through its undersigned counsel, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and that no publicly traded company owns 10% or more of its shares.

Dated: September 5, 2023

Respectfully submitted,

THE PLAINTIFFS,

By their attorneys,

 /s/ Jason A. Guida
Jason A. Guida
BBO # 667252
Principe & Strasnick, P.C.
17 Lark Avenue
Saugus, MA 01960
Tel: 617.383.4652
Fax: 781.233.9192
jason@lawguida.com

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on Sept. 5, 2023.

    /s/ Jason A. Guida
    Jason A. Guida