UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUDOLPH WHITE, et. al. ) | CIVIL ACTION NO. |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -against- ) | **MOTION TO ADMIT DAVID** |
| ) | **JENSEN PRO HAC VICE** |
| MICHAEL COX, et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The plaintiffs in the above-captioned matter, in accordance with Local Rule 83.5.3 of the Rules of this Court, hereby respectfully move for the admission of David Jensen, *pro hac vice*. As grounds therefore, the plaintiffs state:

1. David Jensen is admitted to practice and is in good standing before the State bars of New York and New Jersey, and the following federal courts: the United States District Courts for the District of Connecticut, the Central District of Illinois, the District of New Jersey, the Northern, Southern, Eastern, and Western Districts of New York, and the Southern District of Texas; the United States Courts of Appeals for the First, Second, Third, Seventh, and Ninth Circuits; and, the United States Supreme Court.

2. David Jensen has reviewed and is familiar with the Local Rules of this Court.

3. The undersigned, an attorney admitted to practice and in good standing before this Court, has appeared in this action.

As further grounds therefor, and in support whereof, the plaintiffs rely upon the accompanying affidavit of David Jensen.

Respectfully submitted,

_____
Jason A. Guida (BBO# 667252)
Principe & Strasnick, P.C.
17 Lark Avenue
Saugus, MA 01960
(617) 383-4652
jason@lawguida.com

Dated: September 5, 2023

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

_____
Jason A. Guida (BBO# 667252)
Principe & Strasnick, P.C.
17 Lark Avenue
Saugus, MA 01960
(617) 383-4652
jason@lawguida.com

Dated: September 5, 2023