UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUDOLPH WHITE, et. al. | ) |
| Plaintiffs, | ) CIVIL ACTION NO. |
| -against- | ) DECLARATION OF |
| MICHAEL COX, et. al., | ) DAVID D. JENSEN |
| Defendants. | ) |

I, DAVID D. JENSEN, declare as follows:

1. I am an attorney with offices in Beacon, New York. I am over 18 years of age and am competent to testify on my own behalf.

2. I am a member in good standing of every bar in which I have been admitted to the practice of law. Specifically, I am a member in good standing of the State bars of New York and New Jersey, and the following federal courts: the United States District Courts for the District of Connecticut, the Central District of Illinois, the District of New Jersey, the Northern, Southern, Eastern, and Western Districts of New York, and the Southern District of Texas; the United States Courts of Appeals for the First, Second, Third, Seventh, and Ninth Circuits; and, the United States Supreme Court.

3. There are no disciplinary charges pending against me in any jurisdiction. I have never been disciplined or sanctioned by a court or bar association.

4. I have never been convicted of a crime.

5. I have reviewed and become familiar with the Local Rules of the United States District Court for the District of Massachusetts.

-2-

6. A regular member of the bar of this Court is advancing the present motion and has filed a notice of appearance in this case.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: September 5, 2023

                                                                                 /s/ David D. Jensen
                                                                                 David D. Jensen