# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

RUDOLPH WHITE, ROBERT COX, KENLEY
EXUME, LESLIE GOOD, COMMONWEALTH
SECOND AMENDMENT, INC., FIREARMS
POLICY COALITION, INC., and SECOND
AMENDMENT FOUNDATION,
      Plaintiffs,

      v.                                  Civil Action No. 1:23-cv-12031-IT

MICHAEL COX, *in his official capacity*
*as police commissioner of the city of Boston*,
      **Defendant.**

## ORDER TO SHOW CAUSE
December 4, 2023

**TALWANI, D.J.**

Plaintiffs Rudolph White, Robert Cox, Kenley Exume, Leslie Good, Commonwealth Second Amendment, Inc., Firearms Policy Coalition, Inc., and Second Amendment Foundation filed a complaint in this case on August 31, 2023. See Complaint. [#1]. A summons was issued as to Michael Cox on September 1, 2023. [#3]. More than 90 days have passed since the court issued summons in this case. To date, the summons has not been returned with proof of execution. Accordingly, the case is subject to dismissal. See Fed. R. Civ. P. 4(m) (2015) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."); Local Rule 4.1(b) ("If on the 14th day following the expiration of the 90 day period good cause has not been shown [for the failure to make timely service] . . . the clerk shall forthwith automatically enter an order of dismissal")

If Plaintiffs believe dismissal is unwarranted, Plaintiffs shall file by no later than Monday, December 18, 2023, a response to this order setting forth good cause why the court should not

dismiss the case.

IT IS SO ORDERED.

December 4, 2023                                                        /s/ Indira Talwani
                                                                        United States District Judge