Civil Action No.: **1:23–CV–12031–IT**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Commissioner Michael Cox__

was received by me on (date)__Dec. 12, 2023__.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :
I served the Summons and Complaint on James Megee, counsel for Defendant, by email, who consented to accept such service by email on behalf of Defendant effective December 13, 2023.

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

__Dec. 18, 2023__
Date

__s/ David D. Jensen__
*Server's Signature*

__David D. Jensen, Attorney__
*Printed name and title*

_____
*Server's Address*

Additional information regarding attempted service, etc:

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on Dec. 18, 2023.

　　　　　　　　　　　　　　　　　　　/s/ David D. Jensen
　　　　　　　　　　　　　　　　　　　David D. Jensen