UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUDOLPH WHITE; ROBERT COX; KENLEY EXUME; LESLIE GOOD; GIUSEPPE BARLETTA; COMMONWEALTH SECOND AMENDMENT, INC.; FIREARMS POLICY COALITION, INC. and SECOND AMENDMENT FOUNDATION,, <br>                       Plaintiff, <br><br> v. <br><br> MICHAEL COX, in his official capacity as Police Commissioner of The City of Boston <br>                       Defendant. | Civil Action No. 1:23-cv-12031-IT |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE REFERENCED COURT:**

Please enter the appearance of James J. Megee as attorney for the Defendant Michael Cox in his official capacity as Police Commissioner of The City of Boston in the above-captioned case.

                            Respectfully submitted,
                            Adam Cederbaum,
                            Corporation Counsel,

                            Defendant City of Boston
                            By its attorney,

                            /s/ James Megee
                            _____
                            James Megee (BBO#691911)
                            Assistant Corporation Counsel
                            Boston Police Department
                            Office of the Legal Advisor
                            One Schroeder Plaza
                            Boston, MA 02120
                            (617) 343-4550

Dated:  1/3/2024

## **CERTIFICATE OF SERVICE**

      I, James J. Megee hereby certify that on this date I served a copy of the foregoing document via electronic filing (EFC) on all counsel of record.

Date: 1/3/2024                    /s/ James J. Megee
                                            James J. Megee