UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUDOLPH WHITE; ROBERT COX; KENLEY EXUME; LESLIE GOOD; GIUSEPPE BARLETTA; COMMONWEALTH SECOND AMENDMENT, INC.; FIREARMS POLICY COALITION, INC. and SECOND AMENDMENT FOUNDATION,, <br>  Plaintiff, <br><br> v. <br><br> MICHAEL COX, in his official capacity as Police Commissioner of The City of Boston <br> Defendant. | Civil Action No. 1:23-cv-12031-IT |

### NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE REFERENCED COURT:**

    Please enter the appearance of Jennifer Cipolletti as attorney for the Defendant Michael Cox in his official capacity as Police Commissioner of The City of Boston in the above-captioned case.

                                      Respectfully submitted, Adam Cederbaum, Corporation Counsel,

                                      Defendant City of Boston
                                      By its attorney,

                                      _____
                                      Jennifer Cipolletti, B.B.O. # 706627
                                      Assistant Corporation Counsel
                                      Boston Police Department
                                      Office of the Legal Advisor
                                      One Schroeder Plaza
                                      Boston, MA 02120
                                      (617) 343-4550

Dated: 4/24/2024

## **CERTIFICATE OF SERVICE**

    I, James J. Megee hereby certify that on this date I served a copy of the foregoing document via electronic filing (EFC) on all counsel of record.

Date: 4/24/2024　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Jennifer Cipolletti