# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUDOLPH WHITE; ROBERT COX; KENLEY EXUME; LESLIE GOOD; GIUSEPPE BARLETTA; COMMONWEALTH SECOND AMENDMENT, INC.; FIREARMS POLICY COALITION, INC. and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL COX, in his official capacity as Police Commissioner of The City of Boston,<br><br>Defendants. | CIVIL ACTION NO.<br>1:23-cv-12031-IT |

## ASSENTED-TO MOTION TO CONTINUE MOTION DEADLINE

Now come the Plaintiffs, by and through their respective counsel, and respectfully move that the motion deadline currently scheduled for September 6, 2024 be continued to October 18, 2024 or a further date convenient for the court.  As grounds therefor, local counsel for the Plaintiffs has recently been informed that Attorney David Jensen, lead counsel for the Plaintiffs, will be withdrawing from this matter and that his notice of withdrawal is forthcoming.  It is anticipated that a new lead counsel will be filing an appearance by September 6th.  The change in lead counsel has resulted in a delay in reporting the status of the case to the Court.  It is anticipated that the new lead counsel will require approximately 45 days to get up to speed and report back to the Court as to whether this matter can be resolved through settlement or, alternatively, propose a new scheduling order.

WHEREFORE, the Plaintiffs respectfully request that this Honorable Court allow this Assented-to Motion to Continue.

Respectfully submitted,

*/s/ Jason A. Guida*
Jason A. Guida (BBO# 667252)
Principe & Strasnick, P.C.
17 Lark Avenue
Saugus, MA 01906
Office: (617) 383-4652
jason@lawguida.com

*Local Counsel for Plaintiffs*

With Assent,

*/s/ James Jess Megee*
James Jess Megee (BBO# 691911)
Assistant Corporation Counsel
Office of the Boston Police Department Legal Advisor
One Schroeder Plaza
Boston, MA 02120
617-343-4500 Ext. 3-5037
james.megee@pd.boston.gov

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the above document has been served this day upon counsel of record for the Defendant by electronic mail.

James Jess Megee (BBO# 691911)
james.megee@pd.boston.gov

*/s/ Jason A. Guida*
Jason A. Guida

Dated: September 3, 2024