UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUDOLPH WHITE; ROBERT COX; KENLEY EXUME; LESLIE GOOD; GIUSEPPE BARLETTA; COMMONWEALTH SECOND AMENDMENT, INC.; FIREARMS POLICY COALITION, INC. and SECOND AMENDMENT FOUNDATION,<br><br>        Plaintiffs,<br><br>-against-<br><br>MICHAEL COX, in his official capacity as police commissioner of the city of Boston,<br><br>        Defendant. | Civil Action No.<br>1:23-cv-12031-IT<br><br>NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL |

Pursuant to Local Rule 83.5.2(c)(1), successor counsel having appeared in the case, the undersigned counsel (David Jensen) hereby withdraws as counsel for the Plaintiffs.

Dated: October 28, 2024

                                                THE PLAINTIFFS,

                                                By their attorneys,

                                                /s/ David D. Jensen
                                                David D. Jensen, Esq.
                                                Admitted *Pro Hac Vice*
                                                David Jensen PLLC
                                                33 Henry Street
                                                Beacon, New York 12508
                                                Tel: 212.380.6615
                                                david@djensenpllc.com

                                                Jason A. Guida
                                                BBO # 667252
                                                Principe & Strasnick, P.C.
                                                17 Lark Avenue
                                                Saugus, MA 01960
                                                Tel: 617.383.4652
                                                jason@lawguida.com

-2-

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on Oct. 28, 2024. Pursuant to Local Rule 83.5.2(d), copies will be sent to represented parties (who have consented to this withdrawal) by email.

                                              /s/ David D. Jensen
                                              David D. Jensen