UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUDOLPH WHITE; ROBERT COX; KENLEY EXUME; LESLIE GOOD; GIUSEPPE BARLETTA; COMMONWEALTH SECOND AMENDMENT, INC.; FIREARMS POLICY COALITION, INC. and SECOND AMENDMENT FOUNDATION,<br><br>                Plaintiffs,<br><br>v.<br><br>MICHAEL COX, in his official capacity as Police Commissioner of The City of Boston,<br><br>                Defendants. | CIVIL ACTION NO.<br>1:23-cv-12031-IT |

**JOINT STATUS REPORT AND REQUEST TO EXTEND DEADLINE TO FINALIZE SETTLEMENT**

Now come the parties, by and through their respective counsel, and respectfully provide the Court with the following status report regarding settlement negotiations and further request that the Court extend the deadline to finalize a settlement of this case to December 15, 2024.

The parties have conducted ongoing discussions regarding settling this matter. On October 16, 2024, Plaintiffs transmitted to Defendant a set of written terms and conditions for a proposed full and final settlement of the matter. On November 12, 2024, counsel for the parties held a conference at which they discussed these proposed terms and conditions. The parties have scheduled a further discussion on November 21, 2024, which will allow both counsel time to

discuss the proposed settlement terms with their respective clients and determine whether the matter can be fully and finally resolved without the need for further litigation.

Wherefore, the Parties respectfully request his Honorable Court extend the deadline to settle this matter to December 15, 2024

Respectfully submitted,

/s/ Jason A. Guida

_____
Jason A. Guida (BBO# 667252)
Principe & Strasnick, P.C.
17 Lark Avenue
Saugus, MA 01906
Office: (617) 383-4652
jason@lawguida.com

*Local Counsel for Plaintiffs*


*/s/ James Jess Megee*
James Jess Megee (BBO# 691911)
Assistant Corporation Counsel
Office of the Boston Police Department Legal Advisor
One Schroeder Plaza
Boston, MA 02120
617-343-4500 Ext. 3-5037
james.megee@pd.boston.gov

*Attorney for Defendant*