UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUDOLPH WHITE; ROBERT COX; KENLEY EXUME; LESLIE GOOD; GIUSEPPE BARLETTA; COMMONWEALTH SECOND AMENDMENT, INC.; FIREARMS POLICY COALITION, INC. and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br>v.<br><br>MICHAEL COX, in his official capacity as Police Commissioner of The City of Boston,<br><br>Defendant. | CIVIL ACTION NO.<br>1:23-cv-12031-IT |

**JOINT STIPULATION FOR THE VOLUNTARY DISMISSAL OF PLAINTIFF RUDOLPH WHITE**

All Plaintiffs and the Defendant in this action, through their respective counsel, respectfully submit this joint stipulation in accordance with F.R.C.P. 41(a)(1)(A)(ii) to voluntarily dismiss from the case Plaintiff Rudolph White and the claims brought on his behalf against the Defendant.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 12, 2024

*For the Plaintiffs*

/s/ Jason A. Guida
Jason A. Guida (BBO# 667252)
Principe & Strasnick, P.C.
17 Lark Avenue
Saugus, MA 01906
Office: (617) 383-4652
jason@lawguida.com

1

/s/ Raymond M. DiGuiseppe
Raymond M. DiGuiseppe
*Admitted Pro Hac Vice*
The DiGuiseppe Law Firm, P.C.
116 N. Howe Street, Suite A
Southport, NC 28461
(910) 713-8804
law.rmd@gmail.com


*For the Defendant*

City of Boston and Boston Police Department
By its attorneys,
Adam Cederbaum
Corporation Counsel,

/s/ James Megee
_____
James J. Megee BBO #691911
Assistant Corporation Counsel
Office of the Legal Advisor
Boston Police Department
One Schroeder Plaza
Boston, MA 02120
(617) 343-4550


## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December 2024, this document was served by electronic delivery to all parties through their Counsel of Record via the CM/ECF system which will forward copies of the same to all Counsel of Record.

/s/ Raymond M. DiGuiseppe
Raymond M. DiGuiseppe

Dated: December 12, 2024