# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RUDOLPH WHITE; ROBERT COX; KENLEY EXUME; LESLIE GOOD; GIUSEPPE BARLETTA; COMMONWEALTH SECOND AMENDMENT, INC.; FIREARMS POLICY COALITION, INC. and SECOND AMENDMENT FOUNDATION, | ) ) ) ) ) ) ) |
|  | CIVIL ACTION NO. 1:23-cv-12031-IT |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MICHAEL COX, in his official capacity as Police Commissioner of The City of Boston, | ) ) ) |
| Defendants. | ) ) ) |

## JOINT STATUS REPORT

The parties have made continuing, good faith efforts to resolve the matter through a mutually acceptable global agreement and, to that end, they have conducted multiple rounds of negotiations throughout the time that the Court has allocated for this purpose. To date, however, the parties have been unsuccessful in reaching mutually acceptable settlement terms, and they currently remain at an impasse.

At this point, the parties believe that the best course of action is for the Court to set a new procedural schedule for the parties to present cross-motions for summary judgment. The parties request that this schedule include an initial period (e.g., 30 days) for the parties to prepare and present any ancillary motions, stipulations, or other requests that they individually or jointly may deem necessary or appropriate in pursuing their respective motions for summary judgment, given that the deadlines in the initial pre-trial scheduling order have expired while the parties were pursuing alternative means of dispute resolution. The parties further propose that the briefing schedule for the cross-motions for summary judgment commence within 60 days of the close of this initial period.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 16, 2024

*For the Plaintiffs*

/s/ Jason A. Guida
Jason A. Guida (BBO# 667252)
Principe & Strasnick, P.C.
17 Lark Avenue
Saugus, MA 01906
Office: (617) 383-4652
jason@lawguida.com

/s/ Raymond M. DiGuiseppe
Raymond M. DiGuiseppe
*Admitted Pro Hac Vice*
The DiGuiseppe Law Firm, P.C.
116 N. Howe Street, Suite A
Southport, NC 28461
(910) 713-8804
law.rmd@gmail.com

*For the Defendant*

City of Boston and Boston Police Department
By its attorneys,
Adam Cederbaum
Corporation Counsel,

/s/ James Megee
_____
James J. Megee BBO #691911
Assistant Corporation Counsel
Office of the Legal Advisor
Boston Police Department
One Schroeder Plaza
Boston, MA 02120
(617) 343-4550

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of December 2024, this Joint Status Report was served, by electronic delivery to all parties through their Counsel of Record via the CM/ECF system which will forward copies of the same to Counsel of Record.

/s/ Raymond M. DiGuiseppe
Raymond M. DiGuiseppe