UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUDOLPH WHITE; ROBERT COX; KENLEY EXUME; LESLIE GOOD; GIUSEPPE BARLETTA; COMMONWEALTH SECOND AMENDMENT, INC.; FIREARMS POLICY COALITION, INC. and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br>v.<br><br>MICHAEL COX, in his official capacity as Police Commissioner of The City of Boston,<br><br>Defendant. | CIVIL ACTION NO.<br>1:23-cv-12031-IT |

**JOINT STIPULATION FOR THE VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT**

All remaining Plaintiffs and the Defendant in this action, through their respective counsel, respectfully submit this joint stipulation in accordance with F.R.C.P. 41(a)(1)(A)(ii) to voluntarily dismiss all of the remaining Plaintiffs' claims against Defendant in this action, without prejudice.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: February 11, 2025

*For the Plaintiffs*

/s/ Jason A. Guida
Jason A. Guida (BBO# 667252)
Principe & Strasnick, P.C.
17 Lark Avenue
Saugus, MA 01906
Office: (617) 383-4652
jason@lawguida.com

1

/s/ Raymond M. DiGuiseppe
Raymond M. DiGuiseppe
*Admitted Pro Hac Vice*
The DiGuiseppe Law Firm, P.C.
116 N. Howe Street, Suite A
Southport, NC 28461
(910) 713-8804
law.rmd@gmail.com


*For the Defendant*

City of Boston and Boston Police Department
By its attorneys,
Adam Cederbaum
Corporation Counsel,

/s/ James Megee
_____
James J. Megee BBO #691911
Assistant Corporation Counsel
Office of the Legal Advisor
Boston Police Department
One Schroeder Plaza
Boston, MA 02120
(617) 343-4550

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February 2025, this document was served by electronic delivery to all parties through their Counsel of Record via the CM/ECF system which will forward copies of the same to all Counsel of Record.

/s/ Raymond M. DiGuiseppe
Raymond M. DiGuiseppe

Dated: February 11, 2025